1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Craig Crandall

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CRAIG CRANDALL, | ) No. 5:14-cv-05338-PSG |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ACTION** |
| SANTA CLARA UNIFIED SCHOOL DISTRICT, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Craig Crandall and Defendant Santa Clara Unified School District, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: November 24, 2015            MOORE LAW FIRM, P.C.


                                    /s/ Tanya E. Moore
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Craig Crandall


Dated: November 24, 2015            DAVIS & YOUNG, APLC


                                    /s/ Eric J. Bengtson
                                    Mark E. Davis
                                    Eric J. Bengtson
                                    Attorneys for Defendant,
                                    Santa Clara Unified School District

**GRANTED**
Paul S. Grewal
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: November 24, 2015